Certificate Number: 17082-PAE-DE-035218252

Bankruptcy Case Number: 20-14755



17082-PAE-DE-035218252

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 29, 2020, at 6:23 o'clock PM MST, ELAINE J KEIPER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  December 29, 2020    By:  /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director