UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     Elaine J. Keiper <br><br><br>     Debtor | Chapter 13 <br> Bankruptcy No.20-14755-PMM |

CERTIFICATE OF SERVICE

    I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 17th day of March, 2021, by first class mail upon those listed below:

Elaine J. Keiper
619 Rasleytown Road
Pen Argyl, PA  18072-9755

**Electronically via CM/ECF System Only:**

MICHELLE DE WALD ESQ
P O BOX 5101
BETHLEHEM, PA  18015

                                                       */s/ Deborah A. Earnshaw*
                                                       Deborah A. Earnshaw
                                                       for
                                                       Scott F. Waterman, Esquire
                                                       Standing Chapter 13 Trustee