Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 20-14755-PMM**

Elaine J. Keiper  
619 Rasleytown Road  
Pen Argyl  PA    18072-9755

Petition Filed Date: 12/15/2020  
341 Hearing Date: 01/19/2021  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/14/2021 | $150.00 | | 02/16/2021 | $150.00 | | 03/15/2021 | $150.00 | |
| 04/14/2021 | $150.00 | | 05/14/2021 | $150.00 | | | | |

**Total Receipts for the Period: $750.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | FORD MOTOR CREDIT COMPANY<br>»» 001 | Unsecured Creditors | $10,576.33 | $0.00 | $0.00 |
| 2 | WELLS FARGO DEALER SERVICES<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | WELLS FARGO<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | SALLIE MAE<br>»» 004 | Unsecured Creditors | $3,382.22 | $0.00 | $0.00 |
| 5 | LOPIANO-REILLY LAW OFFICES, LLC<br>»» 005 | Unsecured Creditors | $3,551.21 | $0.00 | $0.00 |
| 6 | M&T BANK<br>»» 006 | Mortgage Arrears | $247.58 | $0.00 | $0.00 |
| 7 | CITIBANK NA<br>»» 007 | Unsecured Creditors | $1,145.78 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-14755-PMM**

---

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $750.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $57.00 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $693.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.