United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 20-14755-pmm |
|---|---|
| Elaine J. Keiper | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Elaine J. Keiper, 619 Rasleytown Road, Pen Argyl, PA 18072-9755 |
| 14574124 | + Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2021            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:

**Name            Email Address**

MICHELLE DEWALD
              on behalf of Debtor Elaine J. Keiper mdewald@rcn.com

REBECCA ANN SOLARZ
              on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
              ECFMail@ReadingCh13.com

United States Trustee
              USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:                    :    Chapter 13
ELAINE J. KEIPER          :    Case No: 20-14755
                          :
    *Debtor*          :

## O R D E R

AND NOW, upon consideration of Debtors' Objection to Proof of Claim of Wells Fargo Bank N.A., claim #3, is hereby ORDERED and DECREED that:

The Proof of Claim of Wells Fargo Bank N.A., claim #3, is determined to be a general unsecured non-priority claim in the amount of $13,594.96.

Date: **June 24, 2021**

BY THE COURT:

_____
PATRICIA M. MAYER
United States Bankruptcy Judge