United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                             Case No. 20-14755-pmm

Elaine J. Keiper                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                   User: admin                 Page 1 of 2

Date Rcvd: Aug 19, 2021              Form ID: 155                Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Elaine J. Keiper, 619 Rasleytown Road, Pen Argyl, PA 18072-9755 |
| 14569452 | + | Continental Central Credit Inc, 5611 Palmer Way, Suite G, Carlsbad, CA 92010-7253 |
| 14571162 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 14569453 | + | Ford Motor Credit, P.O. Box 54200, Omaha, NE 68154-8000 |
| 14569456 | + | Lopiano-Reilly Law Offices, LLC, 1067 Pennsylvania Avenue, Pen Argyl, PA 18072-9714 |
| 14571592 | + | M&T Bank, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14569458 | + | Michelle DeWald, 44 E. Broad Street, Suite 25, Bethlehem, PA 18018-5920 |
| 14569459 | + | Mountainside Villas, P.O. Box 12967, Newport News, VA 23612-2967 |
| 14587320 | #+ | Robert Albert Goucher, Jr., 458 Birch Street, East Stroudsburg, PA 18301-1418 |
| 14569462 | + | US Bank, P.O. Box 3447, Oshkosh, WI 54903-3447 |
| 14574124 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14575144 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14569463 | + | Wells Fargo Card Service, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 14569464 | + | Wells Fargo Dealer Services, P.O. Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14584064 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2021 00:00:30 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14569454 | + | Email/Text: mstover@gercls.com | Aug 19 2021 23:47:00 | Great Eastern Resort Corp, P.O. Box 6006, Charlottesville, VA 22906-6006 |
| 14569455 | | Email/Text: mstover@gercls.com | Aug 19 2021 23:47:00 | Great Eastern Resort Corporation, 610 W. Rio Road, Charlottesville, VA 22901-1412 |
| 14582104 | | Email/Text: camanagement@mtb.com | Aug 19 2021 23:47:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14569457 | | Email/Text: camanagement@mtb.com | Aug 19 2021 23:47:00 | M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 14576759 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Aug 19 2021 23:47:00 | Sallie Mae, po box 3319, wilmington, DE 19804-4319 |
| 14569460 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Aug 19 2021 23:47:00 | Sallie Mae, P.O. Box 3229, Wilmington, DE 19804-0229 |
| 14569461 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2021 00:00:25 | Sears/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

TOTAL: 8

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 19, 2021 | Form ID: 155 | Total Noticed: 22 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2021           Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHELLE DEWALD | on behalf of Debtor Elaine J. Keiper mdewald@rcn.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Elaine J. Keiper
        Debtor(s)

Chapter: 13

Bankruptcy No: 20−14755−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this August 19, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                      Patricia M. Mayer
                                      Judge ,
                                      United States Bankruptcy Court