UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| ELAINE J. KEIPER | : | Case No: 20-14755 |
| | : | |
| *Debtor* | : | |
| | : | |

## CERTIFICATION OF NO OBJECTION

I, Michelle DeWald, Esquire, attorney for Debtor, do hereby certify that I have received No Responsive Pleading, and have checked the docket and No Responsive Pleading has been filed to the Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2002(a)(6).

Date: September 10, 2021                                             s/Michelle DeWald
                                                                                          Michelle DeWald, Esquire
                                                                                          Attorney for Debtor