Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-14755-PMM**

Elaine J. Keiper  
619 Rasleytown Road  
Pen Argyl  PA    18072-9755

Petition Filed Date: 12/15/2020  
341 Hearing Date: 01/19/2021  
Confirmation Date: 08/19/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2022 | $150.00 | | 09/14/2022 | $150.00 | | 10/17/2022 | $150.00 | |
| 11/15/2022 | $150.00 | | 12/14/2022 | $150.00 | | 01/17/2023 | $150.00 | |
| 02/14/2023 | $150.00 | | 03/14/2023 | $150.00 | | 04/14/2023 | $150.00 | |
| 05/15/2023 | $150.00 | | 06/14/2023 | $150.00 | | 07/14/2023 | $150.00 | |

**Total Receipts for the Period: $1,800.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,650.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | FORD MOTOR CREDIT COMPANY<br>»» 001 | Unsecured Creditors | $10,576.33 | $660.96 | $9,915.37 |
| 2 | WELLS FARGO DEALER SERVICES<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | WELLS FARGO<br>»» 003 | Unsecured Creditors | $13,594.96 | $849.55 | $12,745.41 |
| 4 | SALLIE MAE<br>»» 004 | Unsecured Creditors | $3,382.22 | $197.04 | $3,185.18 |
| 5 | LOPIANO-REILLY LAW OFFICES, LLC<br>»» 005 | Unsecured Creditors | $3,551.21 | $221.97 | $3,329.24 |
| 6 | M&T BANK<br>»» 006 | Mortgage Arrears | $247.58 | $247.58 | $0.00 |
| 7 | CITIBANK NA<br>»» 007 | Unsecured Creditors | $1,145.78 | $57.03 | $1,088.75 |
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

Chapter 13 Case No. 20-14755-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,650.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $4,234.13 | Arrearages: | $0.00 |
| Paid to Trustee: | $387.00 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $28.87 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.