| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 20-14755-PMM

Elaine J. Keiper
619 Rasleytown Road
Pen Argyl  PA    18072-9755

Petition Filed Date: 12/15/2020
341 Hearing Date: 01/19/2021
Confirmation Date: 08/19/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/14/2023 | $150.00 | | 09/14/2023 | $150.00 | | 10/18/2023 | $150.00 | |
| 11/14/2023 | $150.00 | | 12/14/2023 | $150.00 | | 01/16/2024 | $150.00 | |
| 02/14/2024 | $150.00 | | 03/14/2024 | $150.00 | | 04/15/2024 | $150.00 | |
| 05/20/2024 | $150.00 | | 06/14/2024 | $150.00 | | 07/15/2024 | $150.00 | |

**Total Receipts for the Period:  $1,800.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $6,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | FORD MOTOR CREDIT COMPANY<br>»» 001 | Unsecured Creditors | $10,576.33 | $1,237.45 | $9,338.88 |
| 2 | WELLS FARGO DEALER SERVICES<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | WELLS FARGO<br>»» 003 | Unsecured Creditors | $13,594.96 | $1,590.59 | $12,004.37 |
| 4 | SALLIE MAE<br>»» 004 | Unsecured Creditors | $3,382.22 | $395.76 | $2,986.46 |
| 5 | LOPIANO-REILLY LAW OFFICES, LLC<br>»» 005 | Unsecured Creditors | $3,551.21 | $400.68 | $3,150.53 |
| 6 | M&T BANK<br>»» 006 | Mortgage Arrears | $247.58 | $247.58 | $0.00 |
| 7 | CITIBANK NA<br>»» 007 | Unsecured Creditors | $1,145.78 | $134.08 | $1,011.70 |
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**Chapter 13 Case No. 20-14755-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,600.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $6,006.14 | Arrearages: | $0.00 |
| Paid to Trustee: | $579.00 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $14.86 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.