United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Elaine J. Keiper  
    Debtor

Case No. 20-14755-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Dec 19, 2025      Form ID: 138OBJ      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Elaine J. Keiper, 619 Rasleytown Road, Pen Argyl, PA 18072-9755 |
| 14569452 | + | Continental Central Credit Inc, 5611 Palmer Way, Suite G, Carlsbad, CA 92010-7253 |
| 14569456 | + | Lopiano-Reilly Law Offices, LLC, 1067 Pennsylvania Avenue, Pen Argyl, PA 18072-9714 |
| 14571592 | + | M&T Bank, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14569458 | + | Michelle DeWald, 44 E. Broad Street, Suite 25, Bethlehem, PA 18018-5920 |
| 14569459 | + | Mountainside Villas, P.O. Box 12967, Newport News, VA 23612-2967 |
| 14587320 | + | Robert Albert Goucher, Jr., 458 Birch Street, East Stroudsburg, PA 18301-1418 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 20 2025 00:25:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 20 2025 00:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14584064 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2025 00:31:11 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14571162 | | Email/Text: EBNBKNOT@ford.com | Dec 20 2025 00:26:00 | Ford Motor Credit Company LLC, Dept 55953 PO Box 55000, Detroit, MI 48255 |
| 14569453 | + | Email/Text: EBNBKNOT@ford.com | Dec 20 2025 00:26:00 | Ford Motor Credit, P.O. Box 54200, Omaha, NE 68154-8000 |
| 14871899 | | Email/Text: EBNBKNOT@ford.com | Dec 20 2025 00:26:00 | Ford Motor Credit Company, LLC, PO Box 650004, Dallas, TX 75265-0004 |
| 14569454 | + | Email/Text: mstover@gercls.com | Dec 20 2025 00:26:00 | Great Eastern Resort Corp, P.O. Box 6006, Charlottesville, VA 22906-6006 |
| 14569455 | | Email/Text: mstover@gercls.com | Dec 20 2025 00:26:00 | Great Eastern Resort Corporation, 610 W. Rio Road, Charlottesville, VA 22901-1412 |
| 14582104 | | Email/Text: camanagement@mtb.com | Dec 20 2025 00:26:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14569457 | | Email/Text: camanagement@mtb.com | Dec 20 2025 00:26:00 | M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 14576759 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Dec 20 2025 00:26:00 | Sallie Mae, po box 3319, wilmington, DE 19804-4319 |
| 14569460 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Dec 20 2025 00:26:00 | Sallie Mae, P.O. Box 3229, Wilmington, DE 19804-0229 |
| 14569461 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2025 00:31:06 | Sears/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14569462 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Dec 20 2025 00:25:00 | US Bank, P.O. Box 3447, Oshkosh, WI 54903 |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 19, 2025 | Form ID: 138OBJ | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 15072706 | | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Dec 20 2025 00:31:14 | Wells Fargo Auto, PO Box 51963, Los Angeles CA 90051-6263 |
| 14574124 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Dec 20 2025 00:31:05 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 14575144 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Dec 20 2025 00:31:05 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14569463 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 20 2025 00:31:14 | Wells Fargo Card Service, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 14569464 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Dec 20 2025 00:31:14 | Wells Fargo Dealer Services, P.O. Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 21, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| MICHELLE DEWALD | on behalf of Debtor Elaine J. Keiper mdewald@rcn.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 54 − 51

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Elaine J. Keiper<br>   aka Elaine Jeanette Keiper<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20−14755−pmm<br><br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 19, 2025

For The Court

Mohung Wong
Clerk of Court