**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Elaine J. Keiper** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Eastern District of Pennsylvania (State) |
| Case Number | 20-14755-PMM |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made    12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

## Part 1: Mortgage Information

Name of claim holder: **M&T BANK**

Court claim no. (if known): 6-1

Last 4 digits of any number you use to identify the debtor's account: 2 5 4 9

Property Address: 619 RASLEYTOWN RD
Number    Street

PENN ARGYL    PA    18072
City    State    ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---:|
| a. Allowed amount of prepetition arrearage: | $ 247.58 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 247.58 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 247.58 |

| Part 4: | Postpetition Payment |

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:  $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |

Amount of postpetition fees, expenses, and charges disbursed by the trustee:  $ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

Signature: ✗ /s/ Scott F. Waterman            Date: 12/23/2025

Trustee: Scott F. Waterman

Address: 2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Contact phone: (610) 779-1313    Email: info@ReadingCh13.com

| Debtor 1 | **Elaine J. Keiper** | Case Number **20-14755-PMM** | Page 1 |
|---|---|---|---|
| | Name | | |

## History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 6-1 | M&T BANK | Pre-Petition Arrears | 03/18/2022 | 17227502 | Disbursement To Creditor/Principal | 61.00 |
| 6-1 | M&T BANK | Pre-Petition Arrears | 04/22/2022 | 17228522 | Disbursement To Creditor/Principal | 138.00 |
| 6-1 | M&T BANK | Pre-Petition Arrears | 05/17/2022 | 17229458 | Disbursement To Creditor/Principal | 48.58 |
| | | | | | Total for Claim Number 6-1: | 247.58 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **247.58** |