United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 20-14755-pmm

Elaine J. Keiper                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 29, 2026 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Elaine J. Keiper, 619 Rasleytown Road, Pen Argyl, PA 18072-9755 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Apr 30 2026 00:48:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 30 2026 00:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| MICHELLE DEWALD | on behalf of Debtor Elaine J. Keiper mdewald@rcn.com |
| SCOTT F. WATERMAN [Chapter 13] | |

District/off: 0313-4                          User: admin                                    Page 2 of 2
Date Rcvd: Apr 29, 2026                       Form ID: 138FIN                                 Total Noticed: 3

                        ECFMail@ReadingCh13.com

United States Trustee

                        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 138FIN* (6/24)–doc 63 – 62

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                            )

    Elaine J. Keiper             )        Case No. 20–14755–pmm

    aka Elaine Jeanette Keiper    )

                             )

    Debtor(s).                 )        Chapter: 13

                             )

                           )

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: April 29, 2026                        For The Court

                                        Mohung Wong
                                        Clerk of Court