# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elaine J. Keiper aka Elaine Jeanette Keiper<br><br>                               **Debtor(s)**<br><br>M&T Bank<br><br>                               **Movant**<br><br>        vs.<br><br>Elaine J. Keiper aka Elaine Jeanette Keiper<br><br>                               **Debtor(s)**<br><br>Scott F. Waterman,<br><br>                               **Trustee** | BK NO. 20-14755 PMM<br><br>Chapter 13<br><br>Related to Claim No. 6 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 10, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Elaine J. Keiper aka Elaine Jeanette Keiper
619 Rasleytown Road
Pen Argyl, PA 18072-9755

<u>Attorney for Debtor(s)</u>
Michelle Dewald
P.O. Box 5101
Bethlehem, PA 18015

<u>Trustee</u>
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: <u>November 10, 2022</u>

                                                                    **/s/ Michael P. Farrington**
                                                                    Michael P. Farrington, Esq.
                                                                    Attorney I.D. 329636
                                                                    KML Law Group, P.C.
                                                                    BNY Mellon Independence Center
                                                                    701 Market Street, Suite 5000
                                                                    Philadelphia, PA 19106
                                                                    (215) 825-6488
                                                                    mfarrington@kmllawgroup.com