| |
|---|
| **Fill in this information to identify the** Fill in this information to identify the case: |
| Debtor 1    Elaine J. Keiper aka Elaine Jeanette Keiper |
| Debtor 2 |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania |
| Case number   20-14755 PMM |

## Official Form 410S1

# Notice of Mortgage Payment Change          **12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor: M&T Bank**

**Court claim no**. (if known): <u>6</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>2549</u>

**Date of payment change:**
Must be at least 21 days after date of this notice          <u>01/01/2023</u>

**New total payment:**          <u>$2315.68</u>
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $<u>904.71</u>          New escrow payment: $ <u>905.14</u>

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %          New interest rate: _____ %

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change:_____

   Current mortgage payment: $_____          New mortgage payment: $_____

Document ID: 6567b9d8455115194b1a6015f1a45bf69682cca982d824f0f5b1931db0c44d94

Debtor(s)    <u>Elaine J. Keiper</u>Case number *(if known)*  20-14755 PMM
                   First Name         Middle Name         Last Name

---

| Part 4: | Sign Here |
| --- | --- |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*
   Signature
**Print:** Michael Farrington
    16 Nov 2022, 14:11:09, EST

Date    11/16/2022

Title    <u>Attorney for Creditor</u>

Company    <u>KML Law Group, P.C.</u>

Address    <u>701</u>      <u>Market Street, Suite 5000</u>
           Number        Street
           Philadelphia,               PA    19106
           City                         State     ZIP Code

Contact phone    (215) 627–1322          Email <u>bkgroup@kmllawgroup.com</u>

---