# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elaine J. Keiper aka Elaine Jeanette Keiper<br>**Debtor(s)**<br><br>M&T Bank<br>**Movant**<br>vs.<br><br>Elaine J. Keiper aka Elaine Jeanette Keiper<br>**Debtor(s)**<br><br>Scott F. Waterman,<br>**Trustee** | BK NO. 20-14755 PMM<br><br>Chapter 13<br><br>Related to Claim No. 6 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 17, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Elaine J. Keiper aka Elaine Jeanette Keiper
619 Rasleytown Road
Pen Argyl, PA 18072-9755

Attorney for Debtor(s)
Michelle Dewald,, Esq.
44 E. Broad Street
Bethlehem, PA 18018

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: November 17, 2022

**/s/Michael P. Farrington Esq.**
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com